**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 10 2005
DAVID J. MALAND, CLERK
BY
DEPUTY ______

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **Criminal No. 4:05cr225** |
| | § | **Judge Schell** |
| **SARAH SMITH (1)** | § | |
| **STEPHANIE HAMPTON (2)** | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT 1**

Violation: 18 U.S.C.§ 371
(Conspiracy to possess stolen mail)

On or about June 15, 2005 through July 13, 2005, in the Eastern District of Texas, SARAH SMITH ("SMITH"), and STEPHANIE HAMPTON ("HAMPTON") did knowingly combine, conspire, confederate and agree to unlawfully possess letters, postal cards, packages, bags, mail, and articles and things contained therein, which had been stolen, taken, embezzled, and abstracted, knowing the same to have been stolen, taken, embezzled, and abstracted from a letter box, mail receptacle, mail route and other authorized depository for mail matter, a violation of Title 18, United States Code, Section 1708.

**OBJECT OF THE CONSPIRACY**

To possess mail matter to wit: Checks, credit cards and other mail matter as set forth in counts two (2) through eight (8).

## MANNER AND MEANS OF THE CONSPIRACY

It was a part of the manner and means of the conspiracy that:

1. SMITH would steal mail from apartment complex panel mailboxes in the Dallas/Ft. Worth area.
2. SMITH would go through the stolen mail looking for items of value such as checks, credit cards, and identifying information. SMITH would be in possession of said mail matter at her residence located in the Eastern District of Texas.
3. SMITH taught HAMPTON how to acquire an individual's personal information using the mail and a computer.
4. SMITH and HAMPTON would use checks, stolen from the mail, to commit forgeries of checks in the Eastern District of Texas.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, the defendants committed the following overt acts, at times and places set forth below.

1. Beginning before June 15, 2005, SMITH stole mail from apartment panel boxes in the Dallas/Ft. Worth, Texas area, by breaking into the boxes.
2. On or about June 15, 2005, in the Eastern District of Texas, HAMPTON had in her possession a check, drawn on Frost National Bank, which was stolen from the mail. HAMPTON took possession of this check from SMITH in the Eastern District of Texas.
3. On or about June 18, 2005, in the Eastern District of Texas, HAMPTON had in her possession a check, drawn on Frost National Bank, which was stolen from the mail. HAMPTON took possession of this check from SMITH in the Eastern District of Texas.
4. On or about July 13, 2005, in the Eastern District of Texas, SMITH had in her possession

several pieces of mail and mail matter, which had been stolen from the mail.

All in violation of Title 18, United States Code, Section 371.

**COUNTS 2-3**

Violation: 18 U.S.C.§ 1708
(Possession of Stolen Mail)

On or about the following dates in the Eastern District of Texas, HAMPTON did unlawfully have in her possession the following mail and articles and things contained therein, which had been stolen, taken, embezzled and abstracted from a letter box, mail receptacles, mail route and authorized depository for mail matter:

| COUNT | DATE | UNITED STATES MAIL MATTER |
|---|---|---|
| 2 | 6/15/05 | Frost National Bank check number 792 made payable to Kroger in the amount of $94.05 |
| 3 | 6/18/05 | Frost National Bank check number 800 make payable to Kroger in the amount of $127.09 |

All in violation of Title 18, United States Code, Section 1708.

**COUNTS 4-8**

Violation: 18 U.S.C.§ 1708
(Possession of Stolen Mail)

On or about the following dates in the Eastern District of Texas, SMITH did unlawfully have in her possession the following mail and articles and things contained therein, which had been stolen, taken, embezzled and abstracted from a letter box, mail receptacles, mail route or other authorized depository for mail matter:

| COUNT | DATE | UNITED STATES MAIL MATTER |
|---|---|---|
| 4 | 7/13/05 | A Citigroup mailer for the account ending in 0226 and credit card convenience checks associated with this account |
| 5 | 7/13/05 | A Citigroup mailer for the account ending in 7957 and credit card convenience checks associated with this account |
| 6 | 7/13/05 | A Citigroup mailer for the account ending in 6598 and credit card convenience checks associated with this account |
| 7 | 7/13/05 | Bank of America check number 1198 made payable to The Good Cook in the amount of $84.84 |
| 8 | 7/13/05 | Bank of America check number 1417 made payable to Honda Finance in the amount of $5,326.57. |

All in violation of Title 18, United States Code, Section 1708.

A TRUE BILL

GRAND JURY FOREPERSON

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

TRACEY M. BATSON
ASSISTANT U. S. ATTORNEY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **Criminal No. 4:05cr_____** |
| | § | **Judge _________** |
| **SARAH SMITH (1)** | § | |
| **STEPHANIE HAMPTON (2)** | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation: 18 U.S.C. § 371
Conspiracy to possess stolen mail

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both; a term of supervised release of up to three (3) years.

### COUNTS 2-8

Violation: 18 U.S.C. §1708
Possession of stolen mail

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both; a term of supervised release of up to three (3) years.
**as to each count**

Special Assessment: $100.00 **each count**